```
                           FILED
                    CLERK, U.S. DISTRICT COURT

                         JUN 19 2020

                    CENTRAL DISTRICT OF CALIFORNIA
                    BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: CR 16-483-FMO |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DETENTION AFTER HEARING |
| | ) | [Fed. R. Crim. P. 32.1(a)(6); |
| Rane Melkom, | ) | 18 U.S.C. § 3143(a)] |
| | ) | |
| Defendant. | ) | |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Cent. Dist. /Calif. for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on no known bail resources, detained in separate criminal

1 case, apparently feigning disability, unemployed lawfully,
2 discrepancies concerning living situation, prior probation and
3 parole violations, history of drug abuse, lack of candor to
4 (and)/or  pretrial + probation

5 B. (✓) The defendant has not met (his)/her burden of establishing by
6    clear and convincing evidence that (he)/she is not likely to pose
7    a danger to the safety of any other person or the community if
8    released under 18 U.S.C. § 3142(b) or (c). This finding is based
9    on: lengthy criminal history, prior probation and parole
10   violations

14   IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.

17 Dated: June 19, 2020                    /s/ Jean Rosenbluth
                                           JEAN ROSENBLUTH
18                                         U.S. MAGISTRATE JUDGE